UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN DANIEL LANDRY,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIANA ASHER, KYLE COCHRAN, and TERRANCE KARLSTROM,<br><br>                Defendants. | CASE NO. **2:25-cv-01856-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 25th day of September, 2025.

                                                                                   BRIAN A. TSUCHIDA
                                                                              United States Magistrate Judge