UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN DANIEL LANDRY, | CASE NO. 2:25-cv-01856-JHC |
| Plaintiff, | ORDER |
| v. | |
| BRIANA ASHER, et al., | |
| Defendants. | |

On January 14, 2026, this Court ordered Plaintiff to show cause why the complaint (Dkt. # 4) should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m), which requires him to serve Defendants with a summons and a copy of the complaint. *See* Dkt. # 5. Plaintiff has failed to show such cause. Accordingly, this action is DISMISSED without prejudice.

Dated this 1st day of April, 2026.

John H. Chun
United States District Judge

ORDER - 1